61. To the extent the allegations of paragraph 61 are addressed to this Defendant, they are denied. To the extent these allegations are addressed to other Defendants, no response is required from this Defendant.

62. To the extent the allegations of paragraph 62 are addressed to this Defendant, they are denied. To the extent these allegations are addressed to other Defendants, no response is required from this Defendant.

63. To the extent the allegations of paragraph 63 are addressed to this Defendant, she has insufficient information on which to base an assessment of veracity of the allegations and enters a general denial to them, except to state that Plaintiffs' decedent was evaluated by this Defendant at approximately 8:30 a.m. on June 4, 2014, was observed with smokeless tobacco on her lip, an oxygen saturation level of 88% and that an ambulance was called to transport Plaintiffs' decedent to the emergency department at North Mississippi Medical Center, the allegations are denied. To the extent these allegations are addressed to other Defendants, no response is required from this Defendant.

64. To the extent the allegations of paragraph 64 are addressed to this Defendant, except to state that Plaintiffs' decedent was evaluated by this Defendant at approximately 8:30 a.m. on June 4, 2014, and that an ambulance was called to transport Plaintiffs' decedent to the emergency department at North Mississippi Medical Center, the allegations are denied. To the extent these allegations are addressed to other Defendants, no response is required from this Defendant.

65. To the extent the allegations of paragraph 65 are addressed to this Defendant, it is admitted that Ms. Smith was transported to the hospital where she died,