IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ESTATE OF KAREN A. SMITH, ET AL     PLAINTIFFS

VS.     NO: 1:15-cv-00104-SA-DAS

TISHOMINGO COUNTY, MISSISSIPPI, ET AL     DEFENDANTS

AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Before the Court is the *ore tenus* motion of the parties for a final judgment of dismissal with prejudice. The Court, finding the parties in agreement, finds the motion is well taken and should be granted.

IT IS THEREFORE ordered that final judgment is hereby entered dismissing this case with prejudice, with each party to bear its own costs.

SO ORDERED and ADJUDGED this the 9th day of August, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

s/ *Grafton E. Bragg*
R. Mark Hodges, MSB #2493 (*Lead Counsel*)
Grafton E. Bragg, MSB # 104821

WISE CARTER CHILD & CARAWAY
401 East Capitol Street, Suite 600
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: (601) 968-5500
Facsimile: (601) 968-5519
rmh@wisecarter.com
geb@wisecarter.com

Attorneys for Southern Health Partners

AGREED TO & APPROVED BY:

s/ *Victor I. Fleitas*
Robert G. Moore, JR., MSB #102877
Victor I. Fleitas, MSB #10259

Moore Law Firm
Post Office Box 1990
Corinth, Mississippi 38835
(662) 286-9505 / Phone
(662) 594-1575 / Facsimile
bmoore@moorelawms.com

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
(662) 840-0270 / Telephone
(662) 840-1047 / Facsimile
fleitasv@bellsouth.net / Email

Attorneys for Plaintiffs